**ORDERED ACCORDINGLY.**

Dated: July 09, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| JUAN C. LALINDE and GLORIA M. LALINDE, | ) ) ) | Case No. 2:10-11025-GBN |
| Debtors. | ) ) | ORDER |

A noticed hearing was conducted on June 28, 2010 concerning debtors' plan and the objections of Arizona Federal Credit Union and EMC Mortgage Corporation. Only the *pro se* debtors appeared. No progress was made regarding resolution of the objections and confirmation of the plan.

IT IS ORDERED setting a continued hearing on August 9, 2010 at 10:30 a.m. in courtroom 702, Seventh Floor, 230 N. First Avenue, Phoenix, Arizona. If the objections are still unresolved by that date, creditors will appear to discuss the matter. Pending this hearing, it is recommended that creditors contact debtors regarding the dispute. Debtors were advised by the court on June 28 that amendments to their plan will probably be required to resolve the objections.

ORDERED ACCORDINGLY.

```
 1  Copies mailed this 9th day
    of July, 2010, to:
 2
    Juan & Gloria LaLinde
 3  1306 E. Nightingale Lane
    Gilbert, AZ 85296
 4  Pro Se Debtors

 5  Mark S. Bosco
    TIFFANY & BOSCO
 6  2525 E. Camelback Road
    Suite 300
 7  Phoenix, AZ 85016
    Email: ecf@tblaw.com
 8  Attorney for EMC Mortgage Corporation

 9  David Wm. Engelman
    ENGELMAN BERGER, P.C.
10  3636 N. Central Avenue
    Suite 700
11  Phoenix, AZ 85012
    Email: dwe@engelmanberger.com
12  Attorney for Arizona Federal Credit Union

13  Ronald L. Hoffbauer
    P.O. Box 10434
14  Phoenix, AZ 85064-0434
    Email: courtecf@maney13trustee.com
15  Attorney for Edward J. Maney, Chapter 13 Trustee

16  By:/s/Rachael M. Stapleton
           Judicial Assistant
17
18
19
20
21
22
23
24
25
26
27
28                               2
```